JOHN W. HUBER, United States Attorney (#7226)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

FILED
U.S. DISTRICT COURT

2018 APR 25  P 4: 51

DISTRICT OF UTAH.

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON EMERY KEE, Defendant. | **INDICTMENT** <br><br> Violation: <br><br> Count I: 18 U.S.C. §§ 1112 and 1153, Involuntary Manslaughter While Within Indian Country. |
|---|---|

The Grand Jury charges:

COUNT I
18 U.S.C. §§ 1112 and 1153
(Involuntary Manslaughter While Within Indian Country)

On November 16, 2016, in the Central Division of the District of Utah,

AARON EMERY KEE,

the defendant herein, an enrolled member of the Navajo Indian Tribe, while within the exterior boundaries of the Navajo Nation Reservation, Indian Country, did unlawfully kill M.B., an enrolled member of the Navajo Indian Tribe, without malice, while in the

Case: 4:18-cr-00031
Assigned To : Nuffer, David
Assign. Date : 4/25/2018
Description: USA v. Kee

commission of an unlawful act not amounting to a felony, that is while violating Utah Code Ann. § 41-6a-502, operated and was in actual physical control of a vehicle and (1) had sufficient alcohol in the person's body that a subsequent chemical test shows that the person has a blood or breath alcohol concentration of .08 grams or greater at the time of the test; and (2) was under the influence of alcohol, any drug, or the combined influence of alcohol and any drug to a degree that renders the person incapable of safely operating a vehicle; and (3) had a blood or breath alcohol concentration of .08 grams or greater at the time of the operation or actual physical control; all in violation of 18 U.S.C. §§ 1112 and 1153.

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney


MICHAEL J. THORPE
Assistant United States Attorney